IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LEROY BRUNER,** | : |
| Plaintiff, | : |
| vs. | :  CA 08-0041-CG-C |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social Security,** | : |
| | : |
| Defendant. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded reasonable attorney's fees in the amount of $2,645.38 under the Equal Access to Justice Act, representing compensation for the 15.5 hours of service by Byron A. Lassiter, Esquire, at the cost-of-living-adjusted rate of $170.67 per hour.

**DONE and ORDERED** this 8th day of October, 2008.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**